Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed
October 5, 2006








 

Petition
for Writ of Mandamus Dismissed and Memorandum Opinion filed October 5, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00841-CV

____________

 

IN RE GARY D. BAILEY, Relator

 

 



 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
September 26, 2006, relator filed a petition for writ of
mandamus in this court.  See Tex.
Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to issue a mandamus directed at the Honorable Don R.
Stricklin, presiding judge of the 337th District Court of Harris County, the
court that entered relator=s criminal conviction.

This
court lacks jurisdiction to review petitioner=s post-conviction complaints about
his convicting court.  See In re McAfee, 53 S.w.3d 715, 716 (Tex. App.CHouston [1st Dist.] 2001, orig.
proceeding); Tex. Code Crim. Proc. Ann.
art. 11.07 ' 5 (Vernon 2005). We accordingly dismissed relator=s petition for writ of mandamus. 








 

PER CURIAM

 

Petition Dismissed and Memorandum
Opinion filed October 5, 2006.

Panel consists of Chief Justice
Hedges and Justices Yates and Seymore.